IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREN LARAY TOLES, Jr.,

        Petitioner,                  No. CIV S-07-1911 LEW EFB P

    vs.

T. FELKER, Warden, et al.,

        Respondents.            ORDER

_____/

        Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a).

        Petitioner challenges a conviction in the Kern County Superior Court which is venued in the Fresno portion of this district. Accordingly, this action should have been commenced in Fresno. Local Rule 3-120(d). This action will be transferred to Fresno and the court will not rule at this time on petitioner's application for leave to proceed *in forma pauperis*.

        Accordingly, it is hereby ordered that:

        1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

        2. The Clerk of Court shall assign a new case number;

/////

/////

1

1     3. The new case number is _____. All future filings shall bear the
2  new case number and shall be filed at:

3           United States District Court
            Eastern District of California
4           2500 Tulare Street
            Fresno, CA 93721
5

6  DATED:  October 25, 2007.

7                              /s/ Edmund F. Brennan
                               _____
8                              EDMUND F. BRENNAN
                               UNITED STATES MAGISTRATE JUDGE

2